

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets, LLC

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Adriana Gaona<br><br>                 Plaintiff,<br><br>vs.<br><br>Cardenas Markets, LLC; Does 1 through 20, inclusive; Doe Employees 1 through 20, inclusive; and Roe Corporations 1 through 20, inclusive,<br><br>                 Defendant. | Case No.: 2:23-cv-01770-GMN-NJK<br><br>**Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss case 2:23-cv-01770 with prejudice, each to bear their own fees and costs. No trial date has been set.

| | |
|---|---|
| WILSON ELSER<br><br>*/s/ Jonathan Pattillo, Esq.*<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Jonathan C. Pattillo, Esq.<br>Nevada Bar No. 13929<br>Attorneys for Cardenas Markets, LLC . | THE 702FIRM INJURY ATTORNEYS<br><br>*/s/ Matthew Pawlowski, Esq.*<br>Michael C. Kane, Esq.<br>Nevada Bar No. 10096<br>Bradley J. Meyers, Esq.<br>Nevada Bar No. 8857<br>Matthew Pawlowski, Esq.<br>Nevada Bar No. 9989<br>Attorneys for Adriana Gaona |

**IT IS SO ORDERED.**

Dated this  15  day of October, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATTES DISTRICT COURT

303318196v.1